Jessica K. Nall (State Bar No. 215149)
jnall@fbm.com
Aviva J. Gilbert (State Bar No. 300091)
agilbert@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendants
DEBORAH KILPATRICK
MISSY KEMP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN BARNETTE,<br><br>Plaintiff,<br><br>vs.<br><br>CARDIODX, INC., A California corporation; PHLEBOTEK CORPORATION, a Florida corporation; DAVID LEVISON; DEBORAH KILPATRICK; and MISSY KEMP,<br><br>Defendants. | Case No. 15-cv-1339 WHO<br><br>**STIPULATION RESCHEDULING CASE MANAGEMENT CONFERENCE AND MOTION HEARING AND [PROPOSED] ORDER**<br><br>Judge: Hon. William H. Orrick<br>Amended Complaint Filed March 2, 2018<br>[Unsealed December 13, 2018] |

All parties, by and through their attorneys, hereby stipulate and agree as follows:

By Order dated April 10, 2019 (Docket #91), this Court continued the Case Management Conference ("CMC") and hearings on pending motions to dismiss to May 1, 2019 at 2:00 p.m.;

Defendants Kemp and Kilpatrick's counsel is unavailable on May 1, 2019. She will be on a plane traveling back from out of state work on another matter the afternoon of May 1. Her out of state travel is scheduled for April 26-May 1, 2019;

Upon receipt of the Court's Order rescheduling the CMC/hearings (Dkt. No. 91), counsel for Defendants Kemp and Kilpatrick advised other counsel in this matter of her unavailability on May 1 and sought alternative dates workable for all parties. All indicated they are available on May 8 or on June 5 during the Court's regular motion calendar.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION RESCHEDULING
CMC/MOTIONS HEARING
Case No. CV 15-1339 WHO

36343\12405745.2

None of the undersigned parties oppose the rescheduling of the CMC/motions hearing;

The parties now agree that the Case Management Conference previously scheduled for April 17, 2019 shall be rescheduled to either May 8, 2019 at 2:00 p.m. or June 5, 2019 at 2:00 p.m., whichever the Court prefers. A proposed Order follows counsel's signatures.

Dated: April 15, 2019　　　　　　　　　　　**FARELLA BRAUN + MARTEL LLP**

　　　　　　　　　　　　　　　　　　　　　*/s/ Aviva J. Gilbert*
　　　　　　　　　　　　　　　　　　　　　JESSICA K. NALL
　　　　　　　　　　　　　　　　　　　　　AVIVA J. GILBERT
　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants Missy Kemp and Deborah Kilpatrick*

Dated: April 15, 2019　　　　　　　　　　　**COTCHETT, PITRE & McCARTHY, LLP**

　　　　　　　　　　　　　　　　　　　　　*/s/ Justin T. Berger*
　　　　　　　　　　　　　　　　　　　　　JUSTIN T. BERGER
　　　　　　　　　　　　　　　　　　　　　EMANUEL B. TOWNSEND
　　　　　　　　　　　　　　　　　　　　　*Attorneys for Relator Bryan Barnette*

Dated: April 15, 2019　　　　　　　　　　　**JEFFREY M. BERMAN, P.A.**

　　　　　　　　　　　　　　　　　　　　　*/s/ Jeffrey M. Berman*
　　　　　　　　　　　　　　　　　　　　　JEFFREY M. BERMAN
　　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant Phlebotek Corporation*

Dated: April 15, 2019　　　　　　　　　　　**THE BUSINESS LITIGATION GROUP, P.C.**

　　　　　　　　　　　　　　　　　　　　　*/s/ Marc N. Bernstein*
　　　　　　　　　　　　　　　　　　　　　MARC N. BERNSTEIN
　　　　　　　　　　　　　　　　　　　　　WILL B. FITTON
　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant David Levison*

///

///

///

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION RESCHEDULING
CMC/MOTIONS HEARING
Case No. CV 15-1339 WHO

2

36343\12405745.2

1 | Dated: April 15, 2019        **DORSEY & WHITNEY LLP**

                                                                 */s/ Robert A. Franklin*
3                                               ROBERT A. FRANKLIN
4                                               *Attorneys for Defendant CardioDx*

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

**[PROPOSED] ORDER**

The CMC and Motions hearing previously scheduled for May 1, 2019 is hereby rescheduled to May, 8, 2019.

IT IS SO ORDERED.

Dated: April 16, 2019



Hon. William H. Orrick
United States District Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION RESCHEDULING
CMC/MOTIONS HEARING
Case No. CV 15-1339 WHO

4

36343\12405745.2