1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BRYAN BARNETTE; and STATE OF CALIFORNIA *ex rel.* BRYAN BARNETTE,<br><br>    Plaintiffs,<br><br>v.<br><br>CARDIODX, INC., a California Corporation; PHLEBOTEK CORPORATION, a Florida Corporation; DAVID LEVISON; DEBORAH KILPATRICK; and MISSY KEMP,<br><br>    Defendants. | CASE NO.: 3:15-CV-01339-WHO<br><br>**[PROPOSED] ORDER ON PHLEBOTEK CORPORATION'S MOTION TO DISMISS [D.E. 65]** |

1
2
3
4
5
6   **THIS CAUSE** having come before the Court on Defendant Phlebotek Corporation's Motion to Dismiss ("**Motion**") [D.E. 65], and the Court having considered the Motion, any response thereto, the pleadings and papers on file in this action, matters subject to judicial notice, and any oral argument presented by counsel, and being otherwise fully advised in the premises, it is

7
8
9
10   **ORDERED** and **ADJUDGED** that the Motion is GRANTED.  For the reasons set forth in the Motion and stated on the record during oral argument, the claims in the Amended Complaint against Defendant Phlebotek Corporation are hereby dismissed with prejudice without leave to amend.

11
12
13   Dated: _____.         _____
                                        Honorable William H. Orrick, District Court Judge
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28