UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>CARDIODX, INC., et al.,<br><br>　　　　　　Defendants. | Case No. 3:15-cv-01339-WHO<br><br>**ORDER OF CONDITIONAL DISMISSAL** |

　　The parties to the action, by and through their counsel, have advised the Court that they have agreed to a settlement. Dkt. No. 169. The settlement calls for some defendants to pay in installments over the course of years.

　　IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE and any hearings scheduled in this matter are VACATED; provided that, if any party certifies to this Court, with proper notice to opposing counsel, that payment does not occur as required by the settlement, this order shall be vacated and this cause shall be restored to the calendar for further proceedings. I retain jurisdiction to enforce the terms of the settlement agreement.

　　**IT IS SO ORDERED**.

Dated: April 20, 2021



WILLIAM H. ORRICK
United States District Judge